CDF LABOR LAW LLP
Dan M. Forman, State Bar No. 155811
dforman@cdflaborlaw.com
Celia L. Guzman, State Bar No. 325616
cguzman@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Defendant
GRUMA CORPORATION

BIBIYAN LAW GROUP, P.C.
Molly A. DeSario, State Bar No. 230763
mdesario@tomorrowlaw.com;
Calyn V. Hadlock, State Bar No. 352401
calyn@tomorrowlaw.com;
Sareen K. Khakh, State Bar No. 359245
sareen@tomorrowlaw.com
1460 Westwood Blvd
Los Angeles, CA 90024
Tel.: (310) 438-5555

Attorneys for Plaintiff
JORGE NAVA GOMEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE NAVA GOMEZ, as an aggrieved employee, and on behalf of all other aggrieved employees under the Labor Code Private Attorneys' General Act of 2004,<br><br>Plaintiff,<br><br>v.<br><br>GRUMA CORPORATION, a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10651-WHO<br><br>Assigned for All Purposes To:<br>Judge: William H. Orrick<br><br>(Removed from Alameda County Superior Court, Case No. 25CV152717)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION COMPEL ARBITRATION AND DISMISS PLAINTIFF'S CLAIMS UNDER FRCP 12(C)**<br><br>Date: September 23, 2026<br>Time: 2:00 p.m.<br>Dept: 2, 17th Floor |

**TO THE HONORABLE WILLIAM H. ORRICK:**

Defendant GRUMA CORPORATION ("Defendant") and Plaintiff JORGE NAVA GOMEZ ("Plaintiff") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's Claims under FRCP 12(c) ("Motion") is currently scheduled for hearing on September 23, 2026 at 2:00 p.m.;

WHEREAS the Motion was originally scheduled for hearing on September 16, 2026;

WHEREAS, the Motion and supporting papers were filed March 30, 2026;

WHEREAS, the Opposition to the Motion and supporting papers were filed April 13, 2026;

WHEREAS, the Reply to the Motion and supporting papers were filed April 20, 2026;

WHEREAS, the Parties have agreed to attempt to mediate a resolution of Nava's claims in this matter and in the related matters *Yessica Becerra Zamora v. Gruma Corporation*, Case No. 3:25-cv-09510-WHO and *Jorge Nava Gomez v. Gruma Corporation*, Case No. 3:25-cv-08629-WHO on October 14, 2026 with the assistance of Anthony Piazza, Esq.

WHEREAS, for the most efficient use of time and resources of the Court and the Parties, the Parties seek to continue the Motion to a date on or after November 24, 2026, approximately six weeks after the mediation date, to allow the parties time to reach and finalize a settlement, or such date as is convenient to the Court;

///

///

///

///

///

///

///

///

///

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, as follows:

1. That the hearing on Defendant's Motion of September 23, 2026 be vacated and that the Hearing be reset for November 24, 2026, or such other time as is convenient to the Court.

Dated: August 19, 2026

CDF LABOR LAW LLP
Celia L. Guzman

By: /s/ *Dan M. Forman*
Dan M. Forman
Attorneys for Defendant
GRUMA CORPORATION

Dated: March 13, 2026

BIBIYAN LAW GROUP, P.C.
Molly A. DeSario
Sareen K. Khakh

By: /s/ *Calyn V. Hadlock*
Calyn V. Hadlock
Attorneys for Plaintiff
JORGE NAVA GOMEZ

**IT IS SO ORDERED: The hearing on defendants' motion is reset for December 2, 2026 at 2:00 p.m. by Zoom videoconference.**

Dated: August 19, 2026

**JUDGE WILLLIAM H. ORRICK**